OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

May 18, 2007



UNITED STATES OF AMERICA

v.

David Southern

CR 07-106 M

I hereby acknowledge receipt of the following document:

United States Passport issued to: David Michael Southern
Issuance date: August 2, 2005
Expiration date: August 1, 2015

5/18/07
DATE

Brian K. Blackwell
DEPUTY CLERK